502 F.2d 764
 CHIP STEAK CO., INC., and Vao L. Cheney, as President,
Plaintiffs-Appellants,
v.
Earl A. BUTZ, Secretary of Agriculture, et al., Defendants-Appellees.
 No. 73-1776.
 United States Court of Appeals, Ninth Circuit.
 Sept. 23, 1974.
 
 George A. McKray (argued), San Francisco, Cal., for plaintiffs-appellants.
 Brian B. Denton, Asst. U.S. Atty. (argued), San Francisco, Cal., for defendants-appellees.
 Before HAMLEY and DUNIWAY, Circuit Judges, and NEILL,[1] District judge.
 OPINION
 PER CURIAM:
 
 
 1
 The judgment is affirmed for the reasons stated in the opinion of the district court, reported in Chip Steak, Inc. v. Hardin, 353 F.Supp. 438 (N.D.Cal.1973).
 
 
 
 [1]
 The Honorable Marshall A. Neill, United States District Judge for the Eastern District of Washington, sitting by designation